IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL B. STORM, HOLLY P. WHITE, DORIS MCMICHAEL and KYLE WILKINSON, individually and on behalf of all others similarly situated, | : : : Civil Action No.: 14-cv-01138 : : THE HONORABLE JOHN E. |
| Plaintiffs, | : JONES, III |
| v. | : |
| PAYTIME, INC., | : |
| Defendant. | : |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) & 12(b)(6) OR, IN THE ALTERNATIVE, MOTION TO STRIKE CLASS ALLEGATIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)

Defendant Paytime Inc., by and through its undersigned counsel, moves this Honorable Court pursuant to Rules 12(b)(1) and 12(b)(6) of Federal Rules of Civil Procedure to dismiss the Amended Complaint for lack of standing and failure to state a claim upon which relief may be granted or, in the alternative, to strike class allegations in the Complaint pursuant to Rule 12(f) and Rule 23(d)(1)(D) of the Federal Rules of Civil Procedure for the reasons stated in the accompanying Memorandum of Law. Paytime, Inc. respectfully requests oral argument on this Motion.

                          **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

                          **BY:**  /s/Claudia D. McCarron
                                   CLAUDIA D. McCARRON, ESQUIRE
                                   1055 Westlakes Drive, Suite 300
                                   Berwyn, PA  19312
                                   Phone: (215) 977-4100
                                   Fax: (215) 977-4101
                                   claudia.mccarron@lewisbrisbois.com
                                   *Attorney for Defendant, Paytime, Inc.*

Dated: August 27, 2014