IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL B. STORM, HOLLY P. WHITE, DORIS MCMICHAEL, and KYLE WILKINSON, individually and on behalf of all others similarly situated, Plaintiffs, v. PAYTIME, INC., Defendant. | : : : : : : : : : : : : : : | 14-cv-1138 Hon. John E. Jones III |
| BARBARA HOLT and LINDA REDDING, individually and on behalf of all others similarly situated, Plaintiffs, v. PAYTIME HARRISBURG, INC., d/b/a PAYTIME, INC., a Pennsylvania corporation, Defendant. | : : : : : : : : : : : : | |

# ORDER

**March 13, 2015**

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendant's Motions to Dismiss the Amended Complaint (Doc. 28) in

*Storm* and the Complaint in *Holt* are **GRANTED**.

2. The First Amended Class Action Complaint (Doc. 17) in *Storm* and the Complaint in *Holt* (Doc. 1) are **DISMISSED WITHOUT PREJUDICE**, in their entirety.

3. The Clerk of Court is directed to **CLOSE** the consolidated case.

s/ John E. Jones III  
John E. Jones III  
United States District Judge